UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SCOTT ALBERT MERRITT,

                Plaintiff,

v.                                                                           Case Number 13-cv-10768
                                                                           Honorable Thomas L. Ludington

LEXISNEXIS SCREENING SOLUTIONS INC.,

                Defendant.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING DEFENDANT'S MOTION TO DISMISS

      Plaintiff Scott Merritt filed suit against Defendant LexisNexis Screening Solutions, Inc., in state court. Defendant removed the case to this court and moved to dismiss. The matter was referred to Judge Binder pursuant to 28 U.S.C. § 636.

      On June 6, 2013, Judge Binder issued a report and recommendation (ECF No. 7) on Defendant's motion to dismiss. Judge Binder recommends that the motion be granted and the case be dismissed. Any party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* The Court is not obligated to review the portions of the report to which no objection was made. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). As of today's date, no party has filed any objections to Judge Binder's report and recommendation.

      Accordingly, it is **ORDERED** that Judge Binder's report and recommendation (ECF No. 7) is **ADOPTED**.

It is further **ORDERED** that Defendant's motion to dismiss (ECF No. 5) is **GRANTED**.

Dated: June 26, 2013

                                          s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney of record herein by electronic means and upon Scott A. Merritt, 2014 N. Saginaw Road #305, Midland, MI 48640-6614 by first class U.S. mail on June 26, 2013.

                            s/Tracy A. Jacobs
                            TRACY A. JACOBS